**ROBERT J. WILEY**
Board Certified Specialist, Labor and Employment
Law, Texas Board of Legal Specialization
Licensed in California, Texas, and Washington, D.C.

**FADI YOUSEF**
Trial Attorney
Licensed in New York and Texas

**DALLAS-FORT WORTH OFFICE**
2613 Thomas Ave.
Dallas, Texas 75204
Telephone:  (214) 528-6500
Facsimile:  (214) 528-6511

TOLL FREE: (800) 313-4020

**WWW.ROBWILEY.COM**



ROB WILEY, P.C.
EMPLOYMENT LAWYERS

AUSTIN ◆ DALLAS ◆ HOUSTON

March 24, 2021

Karen Mitchell, Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1452
Dallas, Texas 75242

> **Re:  Vacation Notice**
> **Campbell v. Ahern Rentals, Inc.; Case No. 3:20-CV-00477-E**

Dear Ms. Mitchell:

This letter is to advise the Court, as well as counsel of record, that I will be out of the office on vacation from **Monday, April 12, 2021 through Thursday, April 15, 2021**. I respectfully request that no trial, hearings, court appearances, depositions, or any other activity requiring my presence be scheduled during this time period.

Thank you for your courtesy and cooperation in this matter.  Should you have any questions or concerns, please do not hesitate to contact me.

Sincerely yours,
ROB WILEY, P.C.


*/s/ Fadi Yousef*
By: Fadi Yousef, Esq.
fyousef@robwiley.com


Cc:    Patrick Hicks and Mark Flores, Counsel for Defendant (via ECF)