IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EUGENE CAMPBELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-CV-00477-E |
| | § | |
| AHERN RENTALS, INC., | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Before the Court are: (1) Defendant Ahern Rentals Inc.'s Motion for Summary Judgment (Doc. 62); (2) Plaintiff Eugene Campbell's Motion for Partial Summary Judgment on Defendant's Affirmative Defenses (Doc. 65); and (3) Joint Motion to Stay Deadlines Pending Resolution of the Motions for Summary Judgment or Alternatively, to Extend Current Deadlines (Doc. 82). The Court carefully considered the motions, the responses, and the replies, as well as the supporting appendices, applicable law, and any relevant portions of the record. Taking all evidence and reasonable inferences in the light most favorable to the nonmovants, and resolving all disputes in the nonmovants' favor, the Court concludes genuine issues of material fact exist on the claims asserted in the motions; therefore, summary judgment as a matter of law is not appropriate. The Court **DENIES** both party's motion for summary judgment and **DISMISSES AS MOOT** the joint motion to stay deadlines. Per the Court's ruling in Doc. 70, the deadlines in Doc. 69 remain in effect.

ORDER – PAGE 1

**SO ORDERED.**

Signed September 28, 2021.

Ada Brown
UNITED STATES DISTRICT JUDGE